

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00568-CV

Walter **ARNETT**,
Appellant

v.

**TEXAS WORKFORCE COMMISSION** and Sears, Roebuck & Co.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-12680
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice

Delivered and Filed:  October 23, 2013

JOINT MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The parties filed a joint motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(2). The parties have agreed that costs of appeal are to be taxed against the party who incurred them. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM